UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Sergio CASTANEDA-Salazar,<br><br>Defendant | Magistrate Docket No.<br><br>**'08 MJ 1128**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **April 12, 2008** within the Southern District of California, defendant, **Sergio CASTANEDA-Salazar,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ismael A. Canto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **14th** DAY OF **April 2008**

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On April 12, 2008 Border Patrol Agent V. Arguello was assigned to line watch duties in the Imperial Beach, California area of operations. At approximately 5:45 p.m., the infrared scope operator informed agents in the area that he had spotted three subjects running north from the United States/Mexico Border towards an area commonly referred to as "The Beach". This area is approximately five miles west of the San Ysidro, California, Port of Entry, and is approximately ten yards north of the United States/Mexico International Boundary Fence. This area is frequently used by illegal aliens to further their illegal entry into the United States.

Agent Arguello responded to the area and positioned himself at the north end of "The Beach" and waited for the subjects to approach his position. After a brief wait, Agent Arguello observed three individuals walking north towards his stationary position. When the individuals were approximately 15 feet away, Agent Arguello identified himself as a U.S. Border Patrol Agent. One of the subjects, who was significantly in front of the other individuals, immediately ran westbound into the water away from the agents' position. Agent Arguello immediately gave chase, and after a short while in the water the subject gave up and Agent Arguello was able to detain him. At this time, Agent Arguello conducted an immigration inspection on the three subjects. All the individuals including one later identified as the defendant **Sergio CASTANEDA-Salazar**, freely admitted to being citizens and nationals of Mexico illegally present in the United States. At approximately 6:00 p.m., the defendant and the other two subjects were arrested and transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on **March 11, 2008** through **San Ysidro, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights in the Spanish language. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally.